# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KATHERINE HENSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17CV02860 SRB |
| AMY S. WALDEN, et al., | ) |
| Defendants. | ) |

## ORDER

On December 11, 2017, the above-captioned case was removed to the Eastern District of Missouri. Plaintiff originally appeared with counsel. On April 16, 2018, Plaintiff's counsel sought a withdrawal because Plaintiff did not disclose her criminal record to counsel. (Doc. #15). On April 17, 2018, the Court ordered Plaintiff to file any objections she had to the withdrawal by May 1, 2018. (Doc. #16). The Court ordered that if Plaintiff did not file any objections, Plaintiff was to obtain new counsel by May 14, 2018, or the Court would assume Plaintiff intended to proceed *pro se*. *Id.*

Having received no objections, the Court granted Plaintiff's counsel's (now, former counsel) motion to withdraw. (Doc. #18). In that Order, the Court provided Plaintiff another opportunity to obtain new counsel or otherwise proceed *pro se*. *Id.* The Court ordered that should Plaintiff intend to proceed *pro se*, "Plaintiff must provide the Court with her contact information so that she may receive future orders of the Court." *Id.* at 2. To date, Plaintiff has not provided the Court with updated contact information.

On July 11, 2018, Plaintiff was ordered to show cause why her case should not be dismissed without prejudice for failure to comply with court orders. (Doc. #26). Plaintiff's

response was due on July 23, 2018. The Court sent this Order via regular and certified mail. The regular mail was not returned as undeliverable. As of the date of this Order, Plaintiff has not responded.

Plaintiff has not followed any of the Court's directives. The Court has not received any filings or other communications from Plaintiff as ordered. Under Federal Rule of Civil Procedure 41(b), a court may dismiss an action based on a plaintiff's failure to comply with a court order. Fed. R. Civ. P. 41(b). Accordingly, the above-captioned case is hereby dismissed without prejudice. The Clerk of the Court is directed to send a copy of this Order to Plaintiff via both regular and certified mail at Katherine Henson, 6076 County Rd. 439, Jackson, MO 63755.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: July 27, 2018